IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR224 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ARTURO AGUILAR-AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Kimberly E. Novak to withdraw as counsel for the defendant, Arturo Aguilar-Aguilar (Aguilar-Aguilar) (Filing No. 12). Ms. Novak is relocating her practice of law to Michigan. The motion will be granted and substitute counsel shall be appointed.

**IT IS ORDERED:**

1. Ms. Novak's motion to withdraw (Filing No. 12) is granted.

2. David M. O'Neill, 1005 South 107th Avenue, Suite 200, Omaha, NE 68114, (402) 390-9000, is appointed to represent Aguilar-Aguilar for the balance of these proceedings. Mr. O'Neill shall enter his appearance forthwith.

3. Ms. Novak shall forthwith provide Mr. O'Neill with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Novak which are material to Aguilar-Aguilar's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 2nd day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge